THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON FOR TACOMA

| | |
|---|---|
| TIFFNEY HOOBER and DAVID MORDUE, individually, and on behalf of all persons similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>MOVEMENT MORTGAGE, LLC, a Limited Liability Company, and Does 1 through 50, Inclusive,<br><br>             Defendants. | Case No.  3:18-cv-06001-BHS<br><br>**DECLARATION OF WINDI GERBER IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: February 22, 2019<br><br>Complaint Filed:  December 7, 2018 |



GERBER DECLARATION ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS
CASE NO. 3:18-CV-06001-BHS

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

I, Windi Gerber, declare as follows:

1. I am currently the Vice President of Human Resources at Movement Mortgage, LLC ("Movement" or the "Company"). I have personal knowledge and am familiar with the matters described in this Declaration, and could testify competently to these matters if called upon to do so.

2. Movement is a mortgage lender with more than 650 locations, operating in 47 states. Currently, the Company employs approximately 4,000 employees across the country.

3. In connection with the above-entitled lawsuit, I have reviewed personnel records related to Plaintiff Tiffney Hoober, all of which are standard business records for Movement. Those records show the following facts.

4. On or about October 31, 2016, Plaintiff Hoober applied for a position as a Branch Manager with Movement.

5. Movement hired Ms. Hoober effective November 16, 2016.

6. Ms. Hoober executed all of the normal new hire paperwork on or around November 1, 2016, including documents outlining the terms of Ms. Hoober's compensation.

7. As part of the new hire paperwork, Hoober electronically reviewed and executed an agreement for binding mutual arbitration. As part of that process, Ms. Hoober was required to review and electronically initial every page to indicate that she had reviewed the agreement and consented to its terms.

8. Following Ms. Hoober's execution of the arbitration agreement, Bonnie Taylor, Human Resources Business Partner, reviewed it and executed the agreement on behalf of Movement, on November 2, 2016. A true and correct copy of the executed "Mutual Agreement to Arbitrate" by Hoober is attached hereto as **Exhibit 1.**

9. Pursuant to the arbitration agreement, Ms. Hoober was given 30 days to provide written notice to opt out of arbitration. Hoober did not do so.

10. On September 15, 2017, Ms. Hoober resigned from her position.

11. In connection with the above-entitled lawsuit, I have reviewed personnel records related to Plaintiff David Mordue, all of which are standard business records for Movement. Those records show the following facts.



GERBER DECLARATION ISO DEFENDANT'S MOTION TO COMPEL
ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS
CASE NO. 3:18-CV-06001-BHS         - 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

12. On or about February 15, 2018, Plaintiff Mordue applied for a position as an Outside Loan Officer with Movement.

13. Movement hired Mr. Mordue effective March 1, 2018.

14. Mr. Mordue executed all of the normal new hire paperwork on or around February 16, 2018, including documents outlining the terms of his compensation.

15. As part of the new hire paperwork, Mr. Mordue reviewed and electronically executed an agreement for binding mutual arbitration. As part of that process, Mr. Mordue was required to review and electronically initial every page to indicate that he had reviewed the agreement and consented to its terms.

16. Following Mordue's execution of the arbitration agreement, Ashlie McDonald, the Human Resource Administrator, reviewed it and executed the agreement on behalf of Movement, on April 26, 2018. A true and correct copy of the "Employee Arbitration Agreement" executed by Mr. Mordue is attached hereto as **Exhibit 2**.

17. Pursuant to the arbitration agreement, Mr. Mordue was given 30 days to provide written notice to opt out of arbitration. Mr. Mordue did not do so.

18. On September 11, 2018, Mr. Mordue resigned from his position.

I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct.

Executed this 25th day of January 2019.



Windi Gerber



GERBER DECLARATION ISO DEFENDANT'S MOTION TO COMPEL
ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS
CASE NO. 3:18-CV-06001-BHS          - 2 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

Case 3:18-cv-06001-BHS   Document 8   Filed 01/28/19   Page 4 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically filed the foregoing **DECLARATION OF WINDI GERBER IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Julian Hammond<br>HAMMONDLAW, P.C.<br>1829 Reisterstown Rd., Suite 410<br>Baltimore or Pikesville, MD 21208<br>Telephone: 310-601-6766<br>Facsimile: 310-295-2385<br>E-Mail: jhammond@hammondlawpc.com | __X__ CM/ECF<br>_____ Hand-Delivery<br>_____ U.S. Mail, Postage Prepaid<br>_____ Email<br>_____ Facsimile |

Executed on the 28th day of January, 2019, at Seattle, Washington.

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Rachel B. Saimons*
RACHEL B. SAIMONS, WSBA No. 46553
rsaimons@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone: (206) 467-9600
Fax: (206) 623-6793

*Counsel for Defendant Movement Mortgage, LLC*

15098748V.1
GERBER DECLARATION ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS
CASE NO. 3:18-CV-06001-BHS     - 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946